IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MUSUR MONIQUE WALLACE,

    Petitioner,

v.                                                        CASE NO. 3:16-cv-113-LC-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 29, 2017 (ECF No. 39). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Petition, ECF No. 14, is **DENIED**. A Certificate of Appealability

is **DENIED.**

**DONE AND ORDERED** this 31ˢᵗ day of July, 2017.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**